UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
46683
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorneys for Thrift Investment Corporation

**Order Filed on August 24, 2018
by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

In Re:

ANTHONY BLACKWELL
TERESA BLACKWELL

Case No.: 18-20573

Adv. No.:

Hearing Date: 7-25-18

Judge: SLM

## ORDER FOR MONTHLY PAYMENTS AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: August 24, 2018**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

**Anthony and Teresa Blackwell**
**18-20573(SLM)**
**Order Providing for Monthly Payments for Stay Relief under Certain Circumstances**
**Page 2**

This matter having been brought on before this Court on motion for stay relief filed by John R. Morton, Jr., Esq., attorney for Thrift Investment Corporation, with the appearance of Bruce Radowitz, Esq. on behalf of the debtors, and this order having been filed with the Court and served upon the debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That Thrift Investment Corporation is the holder of a first purchase money security interest encumbering a 2013 Chevrolet Cruze bearing serial number 1G1PA5SG9D7302718 (hereinafter the"vehicle").

2. **Curing Arrears:** The debtors shall bring the loan current post-petition by 8-30-18. If the debtors fail to do so, Thrift Investment Corporation shall receive stay relief to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtors and their attorney.

3. After curing arrears, the debtors shall make all contractual payments when due, being the 6th day of each month. If the debtors fail to make that payment for a period of 30 days after it falls due, Thrift Investment Corporation shall receive stay relief to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtors and their attorney.

4. The debtors shall maintain insurance on the vehicle in accordance with the terms of the retail installment contract. Thrift Investment Corporation shall be listed as loss payee. In the event of a lapse of insurance for any period of time without intervening coverage, Thrift Investment Corporation shall receive stay relief by filing a certification that insurance has lapsed with the court and serving it upon the debtors and their attorney.

5. The debtors shall pay to Thrift Investment Corporation through the plan, a counsel fee of $531 which shall be paid by the trustee as an administrative priority expense.

United States Bankruptcy Court
District of New Jersey

In re:
Anthony G. Blackwell
Teresa Blackwell
    Debtors

Case No. 18-20573-SLM
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Aug 24, 2018
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2018.
db/jdb          +Anthony G. Blackwell,   Teresa Blackwell,   216 E. 4th Avenue,   Roselle, NJ 07203-1336

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2018                                Signature: <u>/s/Joseph Speetjens</u>

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2018 at the address(es) listed below:
          Bruce W. Radowitz    on behalf of Debtor Anthony G. Blackwell bradowitz@comcast.net, r45676@notify.bestcase.com
          Bruce W. Radowitz    on behalf of Joint Debtor Teresa  Blackwell bradowitz@comcast.net, r45676@notify.bestcase.com
          John R. Morton, Jr.    on behalf of Creditor    Thrift Investment Corporation ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
          Kevin Gordon McDonald    on behalf of Creditor    Lakeview Loan Servicing LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 6