Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−20573−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Anthony G. Blackwell                          Teresa Blackwell
216 E. 4th Avenue                             216 E. 4th Avenue
Roselle, NJ 07203                             Roselle, NJ 07203

Social Security No.:
   xxx−xx−9310                                xxx−xx−4768

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on July 30, 2018.

On 10/9/18 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date:                 November 14, 2018
Time:                 09:00 AM
Location:             Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: October 10, 2018
JAN: lc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Anthony G. Blackwell
Teresa Blackwell
    Debtors

Case No. 18-20573-SLM
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: Oct 10, 2018
                      Form ID: 185     Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2018.
```
db/jdb         +Anthony G. Blackwell,    Teresa Blackwell,    216 E. 4th Avenue,    Roselle, NJ 07203-1336
cr             +Thrift Investment Corporation,    720 King George's Post Road P.O. Box 538,
                 Fords, NJ 08863-0538,    UNITED STATES 08863-0538
517551626      +Debt Recovery Solutions, LLC,    900 Merchants Concours,    Westbury, NY 11590-5142
517551627      +First Premier,    3820 N. Louise Avenue,    Sioux Falls, SD 57107-0145
517551629      +First Progress Card,    Po Box 9053,    Johnson City, TN 37615-9053
517551631      +KML Law Group, PC,    216 Haddon Avenue, Suite 406,    Collingswood, NJ 08108-2812
517660435      +LAKEVIEW LOAN SERVICING LLC,    PO BOX 840,    Buffalo, NY 14240-0840
517551633      +MTA Bridges and Tunnels c/o,    Transworld Systems Inc,    Po Box 15110,
                 Wilmington, DE 19850-5110
517585672       New York State Department of,    Taxation and Finance,    Bankruptcy Section,    PO Box 5300,
                 Albany NY 12205-0300
517551640       State of New York,    Dept. of Taxation,    W A Harriman Campus,    Albany, NY 12227-0001
517551641      +Thrift Investment,    PO Box 538,    Fords, NJ 08863-0538
517678525      +Thrift Investment Corporation,    720 King George's Post Rd, PO Box 538,    Fords, NJ 08863-0538
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 11 2018 00:59:28      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 11 2018 00:59:23      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517669797       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 11 2018 01:03:45
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517551624       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 11 2018 01:04:21
                 Capital One Bank USA NA,    Po Box 85015,    Richmond, VA 23285
517551625      +E-mail/PDF: creditonebknotifications@resurgent.com Oct 11 2018 01:03:36      Credit One Bank,
                 Po Box 98873,    Las Vegas, NV 89193-8873
517660569      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 11 2018 01:05:52      Directv, LLC,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517551630       E-mail/Text: cio.bncmail@irs.gov Oct 11 2018 00:58:39      Internal Revenue Service,
                 Po Box 7346,    Philadelphia, PA 19101-7346
517652613       E-mail/Text: resurgentbknotifications@resurgent.com Oct 11 2018 01:05:46
                 LVNV Funding, LLC its successors and assigns as,    assignee of MCI Communications,
                 Services, Inc,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517551632       E-mail/Text: camanagement@mtb.com Oct 11 2018 00:58:53      M&T Bank,    Po Box 62182,
                 Baltimore, MD 21264
517551637       E-mail/Text: bankruptcynotice@nymcu.org Oct 11 2018 00:59:57      Municipal Credit Union,
                 22 Cortland St,    New York, NY 10007
517551638       E-mail/Text: bankruptcynotice@nymcu.org Oct 11 2018 00:59:58      Municipal Credit Union,
                 Attn: Memeber Services,    22 Cortlandt St,    New York, NY 10007
517551636       E-mail/Text: bankruptcynotice@nymcu.org Oct 11 2018 00:59:58      Municipal Credit Union,
                 PO Box 3205,    New York, NY 10007
517652542      +E-mail/Text: bankruptcydpt@mcmcg.com Oct 11 2018 00:59:22      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
517669808      +E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 11 2018 00:59:46      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
517667559      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 11 2018 01:05:52      Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517551642      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 11 2018 00:58:09
                 Verizon Wireless/Southeast,    Po Box 650051,    Dallas, TX 75265-0051
                                                                                               TOTAL: 16
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
517551628*     +First Premier,    3820 N. Louise Avenue,    Sioux Falls, SD 57107-0145
517551634*     +MTA Bridges and Tunnels c/o,    Transworld Systems Inc,    Po Box 15110,
                 Wilmington, DE 19850-5110
517551635*     +MTA Bridges and Tunnels c/o,    Transworld Systems Inc,    Po Box 15110,
                 Wilmington, DE 19850-5110
517551639*    ++MUNICIPAL CREDIT UNION,    22 CORTLANDT STREET,    24TH FLOOR,    NEW YORK NY 10007-3153
                 (address filed with court: Municipal Credit Union,    Attn: Memeber Services,    22 Cortlandt St,
                 New York, NY 10007)
                                                                                        TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2          User: admin              Page 2 of 2                  Date Rcvd: Oct 10, 2018
                              Form ID: 185             Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 10, 2018 at the address(es) listed below:
          Bruce W. Radowitz    on behalf of Debtor Anthony G. Blackwell bradowitz@comcast.net,
           r45676@notify.bestcase.com
          Bruce W. Radowitz    on behalf of Joint Debtor Teresa  Blackwell bradowitz@comcast.net,
           r45676@notify.bestcase.com
          John R. Morton, Jr.   on behalf of Creditor   Thrift Investment Corporation
           ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
          Kevin Gordon McDonald    on behalf of Creditor   Lakeview Loan Servicing LLC
           kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 6
```