Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−20573−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Anthony G. Blackwell
216 E. 4th Avenue
Roselle, NJ 07203

Teresa Blackwell
216 E. 4th Avenue
Roselle, NJ 07203

Social Security No.:
xxx−xx−9310

xxx−xx−4768

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
Debtor and Joint Debtor was entered on October 1, 2019.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 1, 2019
JAN: rah

Jeanne Naughton
Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey

In re:                                                          Case No. 18-20573-SLM
Anthony G. Blackwell                                            Chapter 13
Teresa Blackwell
         Debtors                 CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                 Page 1 of 2          Date Rcvd: Oct 01, 2019
                              Form ID: 148                Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 03, 2019.
db/jdb         +Anthony G. Blackwell,    Teresa Blackwell,    216 E. 4th Avenue,    Roselle, NJ 07203-1336
cr             +Thrift Investment Corporation,    720 King George's Post Road P.O. Box 538,
                 Fords, NJ 08863-0538,    UNITED STATES 08863-0538
517551626     #+Debt Recovery Solutions, LLC,    900 Merchants Concours,    Westbury, NY 11590-5142
517551629      +First Progress Card,   Po Box 9053,    Johnson City, TN 37615-9053
517551631      +KML Law Group, PC,   216 Haddon Avenue, Suite 406,     Collingswood, NJ 08108-2812
517660435      +LAKEVIEW LOAN SERVICING LLC,    PO BOX 840,    Buffalo, NY 14240-0840
517551633      +MTA Bridges and Tunnels c/o,    Transworld Systems Inc,    Po Box 15110,
                 Wilmington, DE 19850-5110
517585672       New York State Department of,    Taxation and Finance,    Bankruptcy Section,   PO Box 5300,
                 Albany NY 12205-0300
517551640       State of New York,   Dept. of Taxation,    W A Harriman Campus,    Albany, NY 12227-0001
517551641      +Thrift Investment,   PO Box 538,    Fords, NJ 08863-0538
517678525      +Thrift Investment Corporation,    720 King George's Post Rd, PO Box 538,    Fords, NJ 08863-0538

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 02 2019 00:22:22     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 02 2019 00:22:19     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517669797       EDI: RESURGENT.COM Oct 02 2019 03:23:00     Ashley Funding Services, LLC its successors and,
                 assigns as assignee of Laboratory,    Corporation of America Holdings,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
517669797       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 02 2019 00:27:28
                 Ashley Funding Services, LLC its successors and,     assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517551624       EDI: CAPITALONE.COM Oct 02 2019 03:23:00     Capital One Bank USA NA,    Po Box 85015,
                 Richmond, VA 23285
517551625      +EDI: RCSFNBMARIN.COM Oct 02 2019 03:23:00     Credit One Bank,    Po Box 98873,
                 Las Vegas, NV 89193-8873
517551625      +E-mail/PDF: creditonebknotifications@resurgent.com Oct 02 2019 00:26:32     Credit One Bank,
                 Po Box 98873,   Las Vegas, NV 89193-8873
517660569      +EDI: AIS.COM Oct 02 2019 03:23:00     Directv, LLC,   by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517551627      +EDI: AMINFOFP.COM Oct 02 2019 03:23:00     First Premier,   3820 N. Louise Avenue,
                 Sioux Falls, SD 57107-0145
517551630       EDI: IRS.COM Oct 02 2019 03:23:00     Internal Revenue Service,    Po Box 7346,
                 Philadelphia, PA 19101-7346
517652613       EDI: RESURGENT.COM Oct 02 2019 03:23:00     LVNV Funding, LLC its successors and assigns as,
                 assignee of MCI Communications,    Services, Inc,   Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517652613       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 02 2019 00:26:43
                 LVNV Funding, LLC its successors and assigns as,    assignee of MCI Communications,
                 Services, Inc,   Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
517551632       E-mail/Text: camanagement@mtb.com Oct 02 2019 00:21:47     M&T Bank,    Po Box 62182,
                 Baltimore, MD 21264
517551637       E-mail/Text: bankruptcynotice@nymcu.org Oct 02 2019 00:22:42     Municipal Credit Union,
                 22 Cortland St,   New York, NY 10007
517551638       E-mail/Text: bankruptcynotice@nymcu.org Oct 02 2019 00:22:43     Municipal Credit Union,
                 Attn: Memeber Services,    22 Cortlandt St,   New York, NY 10007
517551636       E-mail/Text: bankruptcynotice@nymcu.org Oct 02 2019 00:22:43     Municipal Credit Union,
                 PO Box 3205,   New York, NY 10007
517652542      +EDI: MID8.COM Oct 02 2019 03:23:00     Midland Funding LLC,    PO Box 2011,
                 Warren, MI 48090-2011
517669808      +EDI: JEFFERSONCAP.COM Oct 02 2019 03:23:00     Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,   Saint Cloud Mn 56302-7999
517667559      +EDI: AIS.COM Oct 02 2019 03:23:00     Verizon,   by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517551642      +EDI: VERIZONCOMB.COM Oct 02 2019 03:23:00     Verizon Wireless/Southeast,    Po Box 650051,
                 Dallas, TX 75265-0051
                                                                                               TOTAL: 20

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517551628*     +First Premier,   3820 N. Louise Avenue,    Sioux Falls, SD 57107-0145
517551634*     +MTA Bridges and Tunnels c/o,    Transworld Systems Inc,   Po Box 15110,
                 Wilmington, DE 19850-5110
517551635*     +MTA Bridges and Tunnels c/o,    Transworld Systems Inc,   Po Box 15110,
                 Wilmington, DE 19850-5110
517551639*    ++MUNICIPAL CREDIT UNION,    22 CORTLANDT STREET,   24TH FLOOR,   NEW YORK NY 10007-3153
                (address filed with court: Municipal Credit Union,    Attn: Memeber Services,   22 Cortlandt St,
                 New York, NY 10007)
```

```
District/off: 0312-2          User: admin              Page 2 of 2               Date Rcvd: Oct 01, 2019
                              Form ID: 148             Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 1, 2019 at the address(es) listed below:
      Bruce W. Radowitz    on behalf of Debtor Anthony G. Blackwell torreso78@gmail.com,
       r45676@notify.bestcase.com
      Bruce W. Radowitz    on behalf of Joint Debtor Teresa  Blackwell torreso78@gmail.com,
       r45676@notify.bestcase.com
      Denise E. Carlon    on behalf of Creditor   Lakeview Loan Servicing LLC dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      John R. Morton, Jr.    on behalf of Creditor   Thrift Investment Corporation
       ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
      Kevin Gordon McDonald    on behalf of Creditor   Lakeview Loan Servicing LLC
       kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
      Marie-Ann  Greenberg    magecf@magtrustee.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7