| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on October 1, 2019<br>by Clerk, U.S. Bankruptcy<br>Court - District of New Jersey<br><br>Chapter 13 Case No.:  18-20573 |
| IN RE:<br><br>    ANTHONY G. BLACKWELL<br>    TERESA BLACKWELL | 9/25/2019<br>HEARING DATE:  ~~09/11/2019~~<br><br>Judge:  STACEY L. MEISEL |

# ORDER DISMISSING PETITION

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

DATED: October 1, 2019

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

1

Debtor(s): ANTHONY G. BLACKWELL
TERESA BLACKWELL

Case No.: 18-20573

Caption of Order:    ORDER DISMISSING PETITION

---

THIS MATTER having come before the Court on the Chapter 13 Standing Trustee's Motion to Dismiss on 09/11/2019, and the Court having been satisfied that proper service and notice was effectuated on the Debtor(s) and Debtor(s)' counsel, and the Court having considered the Chapter 13 Standing Trustee's report, and good and sufficient cause appearing therefrom for the entry of this Order, it is

ORDERED AND DIRECTED, that the Debtor(s) Voluntary Petition for Relief under Chapter 13 and all proceedings thereunder are hereby dismissed without prejudice.

Pursuant to 11 U.S.C. Sec. 349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any administrative claimants for funds on hand with the Chapter 13 Trustee.

United States Bankruptcy Court
District of New Jersey

In re:  
Anthony G. Blackwell  
Teresa Blackwell  
    Debtors

Case No. 18-20573-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 1        Date Rcvd: Oct 01, 2019  
                           Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2019.  
db/jdb        +Anthony G. Blackwell,   Teresa Blackwell,   216 E. 4th Avenue,   Roselle, NJ 07203-1336

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2019                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2019 at the address(es) listed below:  
        Bruce W. Radowitz   on behalf of Debtor Anthony G. Blackwell torreso78@gmail.com,  
          r45676@notify.bestcase.com  
        Bruce W. Radowitz   on behalf of Joint Debtor Teresa Blackwell torreso78@gmail.com,  
          r45676@notify.bestcase.com  
        Denise E. Carlon   on behalf of Creditor   Lakeview Loan Servicing LLC dcarlon@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        John R. Morton, Jr.   on behalf of Creditor   Thrift Investment Corporation  
         ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com  
        Kevin Gordon McDonald   on behalf of Creditor   Lakeview Loan Servicing LLC  
         kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com  
        Marie-Ann Greenberg   magecf@magtrustee.com  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                             TOTAL: 7