Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

> Case No.: 18−20573−SLM
> Chapter: 13
> Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Anthony G. Blackwell | Teresa Blackwell |
| 216 E. 4th Avenue | 216 E. 4th Avenue |
| Roselle, NJ 07203 | Roselle, NJ 07203 |

Social Security No.:
  xxx−xx−9310                                    xxx−xx−4768

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>December 9, 2019</u>          <u>Stacey L. Meisel</u>
                                        Judge, United States Bankruptcy Court